UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 18-14371
_____

District Court Docket No.
1:14-cv-21244-JG

JASZMANN ESPINOZA,
SELETA STANTON,
TIFFANY THOMPSON,
DOUGANNA BALLARD,
JANICE BAILEY,
and all persons similarly situated,

                        Plaintiffs - Appellees,

SHANICE BAIN,

                        Plaintiff,

versus

GALARDI SOUTH ENTERPRISES, INC., et al.,

                        Defendants,

TERI GALARDI,
individually,

                        Defendant - Appellant.

_____

Appeal from the United States District Court for the
Southern District of Florida
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 07, 2019
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch